Tony SOUTHERN, Movant,

v.

STATE of Missouri, Respondent.

No. 64618.

Missouri Court of Appeals,
Eastern District,
Division One.

April 12, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 16, 1994.

Application to Transfer Denied
June 21, 1994.

Dave Hemingway, St. Louis, for movant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Movant, Tony Southern, appeals from the denial of his Rule 24.035 motion without an evidentiary hearing.

The judgment of the motion court is based on findings of fact that are not clearly erroneous; no error of law appears. An opinion would have no precedential value.

The judgment of the motion court is affirmed. Rule 84.16(b).